No. 94–7348. Voss v. Shalala, Secretary of Health and Human Services. C. A. 8th Cir. Certiorari denied. 

No. 94–7349. Bradley v. South Carolina. Sup. Ct. S. C. Certiorari denied.

No. 94–7350. Bridges v. Pittsburgh et al. C. A. 3d Cir. Certiorari denied. 

No. 94–7352. Bell v. United States. C. A. 4th Cir. Certiorari denied. 

No. 94–7353. Ardila-Calderon v. Singletary, Secretary, Florida Department of Corrections. C. A. 11th Cir. Certiorari denied.

No. 94–7356. Doe v. Gainer et al. Sup. Ct. Ill. Certiorari denied. 

No. 94–7358. Oriakhi v. United States. C. A. 2d Cir. Certiorari denied. 

No. 94–7360. Murray, aka Hines v. District of Columbia et al. C. A. D. C. Cir. Certiorari denied.

No. 94–7361. Banks v. Brown, Secretary of Veterans Affairs. C. A. Fed. Cir. Certiorari denied. 

No. 94–7362. Bishop v. State Bar of Georgia. Sup. Ct. Ga. Certiorari denied.

No. 94–7363. Calia v. Parker et al. C. A. 8th Cir. Certiorari denied.

No. 94–7364. Pemberton v. E. G. Lowry Co., Inc., et al. C. A. 5th Cir. Certiorari denied. 

No. 94–7365. Robinson v. Virginia. Sup. Ct. Va. Certiorari denied.

No. 94–7366. Chau Hai Do v. United States. C. A. 9th Cir. Certiorari denied. 

No. 94–7367. Brown v. United States. C. A. 4th Cir. Certiorari denied.